UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00354

**United States of America,**
*Plaintiff,*

v.

**Robert R. Anthony et al.,**
*Defendants.*

# ORDER

On September 17, 2021 the United States of America filed a motion to appoint a receiver for withheld royalties and mineral interests in this action. Doc. 200. On September 23, 2021, the Panola County Taxing Authorities filed a response opposing terms in paragraph 10 of the United States' proposed order. Doc. 201. On September 27, 2021, the United States filed a reply stating that it did not object to Panola County's request to modify paragraph 10. Doc. 202. Defendants did not file a response. The motion was referred to Magistrate Judge John Love for disposition.

On October 7, 2021, Judge Love issued a report and recommendation that plaintiff's motion be granted and that the order be adopted with modification to paragraph 10. Doc. 203.

Neither party filed timely objections to the report and recommendation. The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion (Doc. 200) is granted and

plaintiff's proposed order is adopted with modification to paragraph 10.

*So ordered by the court on October 27, 2021.*

                                J. CAMPBELL BARKER
                                United States District Judge